# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENDRICK WILEY, ADC #139566                                          PLAINTIFF

v.                           No: 2:18CV0048 JLH

ALLSTATE INSURANCE                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 23rd day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE